UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARWIN SPARKS, et al,

        Plaintiffs,

v.

CITY OF FLINT, et al,

        Defendants.
_____/

Case Nos.   07-14530
                 07-14611
                 07-14692
                 07-14743

HONORABLE AVERN COHN

## ORDER OF CONSOLIDATION AND DISMISSAL

The above cases have been reassigned to the docket of the Honorable Avern Cohn as a companion case to Case No. 07-14507. They involve common questions of law or fact .

IT IS ORDERED that these cases are consolidated in accordance with Rule 42(a) Fed. R. Civ. P. and **ALL PLEADINGS ARE TO DOCKETED AS FOLLOWS:**

DAVID PORTER, et al,                                Case No. 07-14507

        Plaintiffs,.

v.

CITY OF FLINT, et al,

        Defendants.
_____/

Case Nos. **07-14530, 07-14611, 07,14692 and 07-14743** are statistically DISMISSED.

IT IS FURTHER ORDERED that the Court adopts the dates as outlined in the joint

Rule 26(f) discovery plan filed on **January 08, 2008**.

    Discovery cut-off: **September 04, 2008**

    Motion cut-off: **October 20, 2008**

    Final Pretrial Conference: **Tuesday, January 20, 2009 at 2:00 p.m.**

    Jury Trial: Date to be set at the Final Pretrial Conference.

SO ORDERED.

Dated:  January 10, 2008      s/Avern Cohn
            AVERN COHN
            UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 10, 2008, by electronic and/or ordinary mail.

           s/Julie Owens
          Case Manager, (313) 234-5160