UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID PORTER, et al.,

    Plaintiffs,

                                                Case No. 07-14507
-vs-                                     Hon: AVERN COHN

CITY OF FLINT, et al.,

    Defendants.
_____/

## ORDER MOOTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND STAYING PORTION OF CASE

This is a discrimination case. Plaintiff's Motion To Compel Discovery Of Defendant Williamson is before the Court. Williamson is Mayor of the City of Flint. The motion, directed to financial information, was discussed with the Court on September 09, 2008. The Court ruled:

    A.    Any financial statements Williamson has filed as Mayor of the City of Flint shall be given to plaintiffs. Such statements are public record.

    B.    Liability and damages are BIFURCATED. Discovery on damaged is STAYED until further order of the Court pending trial on liability.

These rulings moot the motion.

SO ORDERED.

Dated: September 10, 2008        s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 10, 2008, by electronic and/or ordinary mail.

                                                            s/Julie Owens
                                                           Case Manager, (313) 234-5160