UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID PORTER et al.,

    Plaintiffs,

-vs-

CITY OF FLINT et al.,

    Defendants.
                                                /

Case No. 07-14507
HON. AVERN COHN

## ORDER REGARDING MOTION PRACTICE GUIDELINES

    This is a reverse racial discrimination claim.  Defendants have filed a motion for summary judgment; plaintiffs have responded; defendants have replied; and both parties have filed supplemental briefs.

    The motion papers do not include a Statement of Material Facts Not in Dispute. See the Court's Motion Practice Guidelines, which are attached, and particularly Requirements I(a)(3), I(b)(3), and II.  See also http://www.mied.uscourts.gov/Judges/guidelines/topic.cfm?topic_id=89.

    Defendants shall have ten (10) days in which to file the Statement.  Plaintiffs shall have ten (10) days to respond.  The motion hearing scheduled for March 18, 2009, is adjourned to **Wednesday, April 29, 2009 at 2:00 p.m**.

    SO ORDERED.

Dated: March 6, 2009                          s/Avern Cohn
                                                      AVERN COHN
                                                      UNITED STATES DISTRICT JUDGE

**07-14507 Porter, et al v. City of Flint, et al**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 6, 2009, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160