UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID PORTER, et al.                                                     CASE NO. 07-14507

    Plaintiffs,                                                                 HON. AVERN COHN
                                                                                       MAG. MONA K. MAJZOUB
V

CITY OF FLINT, et al.

    Defendants.

---

## ORDER OF CONFIRMATION

This Court hereby confirms the July 6, 2011 Arbitration Award which has been filed in the Court Record along with this Confirmation Order.

Dated: December 08, 2011    s/Avern Cohn
                                        HONORABLE AVERN L. COHN
                                        United States District Court Judge (E.D. Mich.)